UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
NELSON PEREZ, individually and on behalf of
all other similarly-situated,

                        Plaintiff,                  JUDGMENT

    v.                                                  22-cv-05000(CBA)(MMH)

KARAN REALTY ASSOCIATES, LLC, and
WALTER BLACK,

                        Defendants.
-----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on February 14, 2023, and defendants KARAN REALTY ASSOCIATES, LLC, and WALTER BLACK, having offered to allow entry of judgment to be taken against them, jointly and severally, and in favor of Plaintiff NELSON PEREZ in the amount of Forty Thousand Dollars ($40,000.00) inclusive of all legal fees, interest, and costs; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff NELSON PEREZ and against defendants, KARAN REALTY ASSOCIATES, LLC, and WALTER BLACK, jointly and severally, in the amount of Forty Thousand Dollars ($40,000.00), inclusive of all legal fees, interest, and costs.

Dated: Brooklyn, New York                                   Brenna B. Mahoney
       February 17, 2023                                       Clerk of Court

                                                            By:   */s/Jalitza Poveda*
                                                                       Deputy Clerk